Commonwealth *v.* Hall, Appellant.

Submitted December 5, 1972. *Lawrence Prattis,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,*

Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.